JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PHILIP H. DUNN, CHRISTINA DUNN,

                Plaintiffs,

     v.

SAFECO INSURANCE COMPANY OF AMERICA., AND DOES 1 THROUGH 100, inclusive,

                Defendants.

Case No. 2:21-cv-04945-MCS-MRW

**ORDER REMANDING ACTION**

Complaint Filed:   April 28, 2021

The Court, having reviewed and considered the Parties' stipulation for an order limiting the amount in controversy and seeking remand to the Superior Court of California, County of Los Angeles, and finding good cause shown, orders that:

(1)  Plaintiffs waive, and are hereby estopped from asserting any right to seek, or to recover, in the above-captioned action, and/or in the action remanded to the state court, any damages of any type in excess of $74,999.00, including that for insurance benefits, special damages, economic damages, general damages, non-economic damages, attorney fees, punitive damages, costs of suit, and interest, arising from, related to or in connection with, directly or indirectly, the subject matter of this litigation, based on any facts,

losses or claims that are not presently known to Plaintiffs or their attorneys, that may have been underestimated in amount or severity, or that are discovered after the execution of this Stipulation.  This Stipulation shall remain effective, binding, and enforceable notwithstanding the discovery of any facts, losses, or claims that are not presently known to Plaintiffs or their attorneys, that may have been underestimated in amount or severity, or that are discovered after the execution of this Stipulation;

(2)  pursuant to 28 U.S.C. § 1447(c) this action is hereby remanded to the Superior Court of the State of California, County of Los Angeles; and

(3)  each party shall bear their own costs and fees, including attorneys' fees, relating to the remand.


IT IS SO ORDERED.

DATED:   July 22, 2021

_____
The Honorable Mark C. Scarsi